# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANREA WILLIAMS

VERSUS

BOARD OF SUPERVISORS OF
SOUTHERN UNIVERSITY AND A&M
COLLEGE SYSTEM

NO.   2023 CW 0327

**APRIL 13, 2023**

---

In Re:   Board of Supervisors of Southern University & Agricultural & Mechanical College, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 652810.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**STAY DENIED.   WRIT GRANTED.**   The portion of the trial court's April 3, 2023 judgment converting the jury trial scheduled for April 17, 2023 to a bench trial is reversed. Board of Supervisors of Southern University & Agricultural & Mechanical College ("Southern University") is statutorily exempt from posting any bond whatsoever in any judicial proceedings arising from activities within the scope of its duties.   La. R.S. 13:4581; **Sylve v. Kappa Alpha PSI Fraternity,** 2001-2726 (La. 10/10/01), 803 So.2d 960, 961.   Furthermore, Southern University "shall not be required to post any bond, cash deposit, or other charge whatsoever to obtain a trial by jury." La. R.S. 13:5105(E); **Sylve,** 803 So.2d at 961.

In addition, the portion of the trial court's April 3, 2023 judgment denying the motion for summary judgment filed by Southern University is vacated.   The portion of the trial court's April 3, 2023 judgment denying Southern University's motion to continue trial is reversed.   Louisiana Code of Civil Procedure article 966(C)(1) provides that "[u]nless otherwise agreed to by all of the parties and the court … [a] contradictory hearing on the motion for summary judgment shall be set … not less than thirty days prior to the trial date."   As discussed, trial is scheduled in this matter for April 17, 2023, and the trial court set Southern University's motion for summary judgment for hearing on April 3, 2023, less than thirty days prior to trial.   Accordingly, Southern University's motion to continue trial is granted, and this matter is remanded to the trial court with instructions to set, notice, and conduct a hearing on Southern University's motion for summary judgment within the deadlines provided in La. Code Civ. P. art. 966(C).

**GH**
**HG**

**McClendon, J.,** concurs.   I further note that La. Code Civ. P. art. 966(C)(3) provides that "[t]he court shall render a judgment on the motion not less than twenty days prior to trial."

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn̄_

DEPUTY CLERK OF COURT
FOR THE COURT